ANTON EWING
3077 CLAIREMONT DRIVE 372
SAN DIEGO, CA 92117

PLAINTIFF

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | No. 3:19-cv-1112 DMS |
| *Plaintiff*, | |
| vs. | **JOINT MOTION TO DISMISS PURSUANT TO FRCP 41** |
| Oxford Tax Partners, LLC, an Illinois limited liability company, | |
| *Defendant*. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a confidential written settlement agreement between the parties, Plaintiff Anton Ewing and Defendant Oxford Tax Partners, LLC hereby stipulate and do jointly and respectfully move the Court for an Order dismissing the above-captioned matter, in its entirety with prejudice, with each party to bear his/its own fees and costs. Defendant files this motion on behalf of the parties with Plaintiff's consent, which was provided in writing on February 6, 2020. A proposed Order will be submitted to the Court in accordance with the applicable local rules.

| | |
|---|---|
| 1 | Stipulated, Agreed, and Respectfully Submitted By: |
| 2 | |
| 3 | Dated: February 5, 2020        PLAINTIFF |
| 4 | |
| 5 | By:  /s/ *Anton Ewing* |
| 6 | Anton Ewing  *Plaintiff, Pro Se* |
| 7 | |
| 8 | Dated:  February 5, 2020        REVOLVE LAW |
| 9 | |
| 10 | By: /s/ Kimberly A. Wright  KIMBERLY WRIGHT, Esq.  *Attorneys for Defendant*  OXFORD TAX PARTNERS, LLC |