# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | No.  3:19-cv-1112 DMS |
| *Plaintiff*, | |
| vs. | **ORDER OF DISMISSAL** |
| Oxford Tax Partners, LLC, an Illinois limited liability company, | |
| *Defendant*. | |

At the ENE with the Honorable Magistrate Judge Goddard, the parties reached a settlement and have entered into a confidential written settlement agreement.  The Court has reviewed and considered the joint motion to dismiss with prejudice filed by the parties.  Upon good cause being shown, the Court hereby **GRANTS** the motion and dismisses the entire case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  Each side is to pay their own attorney fees and costs.  The Clerk is directed to close the case file.

**SO ORDERED.**

Dated:  February 5, 2020

Hon. Dana M. Sabraw
United States District Judge